█   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE BRAVO, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered April 6, 1960, convicting him, after a jury trial, of robbery in the first degree, assault in the second degree and petit larceny, and sentencing him on the robbery count, to serve a term of 10 to 12 years. Sentence was suspended on the assault and petit larceny counts. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.